

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| 13231 SUNDANCE LLC, | No. 11-55710 |
| Plaintiff - Appellee, | D.C. No. 3:11-cv-00477-WQH-WMC |
| v. | |
| SEAN MICHAEL PARK, pro se, | MEMORANDUM* |
| Appellant, | |
| v. | |
| CHRISTINE CRONIN, | |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Southern District of California
Larry A. Burns, District Judge, Presiding

Submitted February 18, 2014**

Before:    ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

Sean Michael Park appeals pro se from the district court's order imposing

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

monetary sanctions against him for filing an improper notice of removal. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Chambers v. NASCO, Inc.*, 501 U.S. 32, 55 (1991). We affirm.

The district court did not abuse its discretion by awarding attorney's fees against Park as a sanction after giving him notice and an opportunity to respond, and finding, after an evidentiary hearing, that Park misrepresented that he was an intervening party and signed defendant's name without her authorization on the notice of removal. *See id.* at 43-46 (recognizing court's inherent power to impose sanctions, including attorney's fees, for conduct that abuses the judicial process); *see also* Fed. R. Civ. P. 11(c) (stating that a court may sanction a party sua sponte, after notice and a reasonable opportunity to respond, for violating Fed. R. Civ. P. 11(b)).

**AFFIRMED.**